# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA L. SEAMON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7091** |
| **NICHOLLS STATE UNIVERSITY** | **SECTION "O"** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation[1] of the Magistrate Judge, and the failure[2] of the Plaintiff Jessica L. Seamon to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 17th day of June, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 5.

[2] Any party may file an objection within fourteen days after being served a copy of a U.S. Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). To date, Plaintiff has not filed an objection to the Report and Recommendation issued by U.S. Magistrate Judge Roby on April 29, 2025. ECF No. 5.